| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (*Tran. Court*)<br>0205 3:10CR00222-001<br><br>DOCKET NUMBER *(Rec. Court)*<br>5:24-cr-138-TPB-PRL |
|---|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Robert Rivernider<br>Wellington, FL  33411 | DISTRICT<br>CONNECTICUT | DIVISION<br>HARTFORD |
|---|---|---|

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| Honorable Robert N. Chatigny, U.S. District Judge | | |
| DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>05/14/2020 | TO<br>05/13/2025 |

OFFENSE
FRAUD BY WIRE - RADIO - OR TELEVISION

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Rivernider has established himself in Middle District of Florida.  He has no ties to Connecticut and no plans of returning to Connecticut.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 28, 2024
*Date*

Robert N Chatigny Digitally signed by Robert N Chatigny
Date: 2024.03.28 10:39:56 -04'00'
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE        MIDDLE        DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                    _____
*Effective Date*                                        *United States District Judge*