MARCH 4, 2025

To: Clerk of Court
     Middle District of Florida
     U.S. District Court

From: Robert H Rivernider

Re: Missing signature page Doc #10

Dear Clerk,

Upon reviewing ECF Docket #10 I noticed the page 10, the signature page and Jurat is

Missing. I apologize if I left it out accidentally. Luckily I had two original documents signed.

Please find enclosed page 10 and add it to the filing.

Thank you for you assistance in this matter.

Robert H Rivernider

We The People

Robert H. Rivernider, agent for:
ROBERT HENRY RIVERNIDER JR. ©
14 S Bobwhite Rd
Wildwood, FL 34785
SUI JURIS

We The People: _____
WITHOUT PreJudice   UCC 1-308

Date: February 11, 2025

**JURAT**

State of Florida
Sumter County

Sworn to (or affirmed) and subscribed before me by means of

✓Appeared in person

This 11th day of February, 2025.

By Robert· H. RiveRnider·

_____ Signature of Notary



PATRICIA M. ARP
MY COMMISSION # HH 426974
EXPIRES: July 27, 2027

PRoduced FL. DL.

R Riverside
14 S Bobwhite 60
Wildwood, FL 34785

ORLANDO FL 328

4 MAR 2025 PM 3

POSTAGE PAID – TAX PERCUE
IMM 742.1/742.2     UPU RL 141(2.2)
STAMP/SEAL
FOREIGN OFFICE OF ORIGIN

SCREENED
By USMS

U.S. DISTRICT Ct
Middle DISTRICT OF FLORIDA
207 NORTHWEST Second ST
OCALA, FL 34475

34475-660399

